

20220223132932

| AO 440 (Rev. 06/12) Summons in a Civil Action | RETURN OF SERVICE |
|---|---|

| SERVICE OF: | SUMMONS AND COMPLAINT, CIVIL COVER SHEET, |
|---|---|
| EFFECTED (1) BY ME: | C. Anderson |
| TITLE: | PROCESS SERVER             DATE: 2-24-22 / 12:30p |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[X] Served personally upon the defendant

COMENITY CAPITAL BANK, Josh Salisbury

Place where served:

12921 S. VISTA STATION BLVD SUITE 400  DRAPER  UT  84020

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

Relationship to defendant  Authorized Legal Agent

Description of Person Accepting Service:

SEX: M  AGE: 30  HEIGHT: 5'8"  WEIGHT: 175  SKIN: W  HAIR: Brown  OTHER: Glasses

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ _____    SERVICES $ _____    TOTAL $ _____

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

Docusign Court Approved E-Signature

DATE: 2/25/2022                    _____ L.S.

SIGNATURE OF C. Anderson
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

ATTORNEY:   AMICHAI E. ZUKOWSKY, ESQ.
PLAINTIFF:   SHEENA MORDER
DEFENDANT:  EXPERIAN INFORMATION SOLUTIONS, INC., ET AL
VENUE:      DISTRICT
DOCKET:     3 22 CV 00025 SLH
COMMENT: