UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

------------------------------------------------------------------------x

Sheena Morder

                              Plaintiff,

   -v.-

Experian Information Solutions, Inc.,
Comenity Capital Bank,

                            Defendants.

------------------------------------------------------------------------x

Civil Action No:
3:22-cv-25

## NOTICE OF SETTLEMENT AS TO COMENITY CAPITAL BANK

     Notice is hereby given that the Plaintiff, Sheena Morder, and the Defendant, Comenity Capital Bank, have settled this matter. The parties anticipate completing settlement documents and filing a dismissal with the Court within the next sixty (60) days. The parties request that the Court retain jurisdiction of these parties during said sixty (60) day period , and suspend all interim case deadlines, including those relating to the preparation and filing of a Stipulation Selecting ADR Process, Rule 26(f) Report, and Proposed Initial Scheduling Order in accordance with the Court's Case Management Order (Doc. No. 13), for sixty (60) days in order for Comenity Capital Bank and Plaintiff to finalize settlement and file a stipulation of dismissal with prejudice.

DATED, this 9th day of May, 2022

                                                    */s/Amichai Zukowsky*
                                                    Amichai Zukowsky, Esq.
                                                    **Zukowsky Law, LLC**

23811 Chagrin Blvd Suite 160  
Beachwood, OH 44122  
Ph: 216-800-5529  
ami@zukowskylaw.com

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed on May 9, 2022 with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Service List below either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                  */s/ Amichai Zukowsky*
                                                  Amichai Zukowsky